UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-7426 CIV ZLOCH

CGT PROPERTIES, INC.,
a Florida corporation,

    Plaintiff,

vs.

**ORDER**

CITY OF PARKLAND; SAL PAGLIARA,
individually; ROBERT MARKS,
individually; RICKY GORDON,
individually; BOBBI PUGLIESE,
individually; and MARK WEISSMAN,
individually,

    Defendants,
_____/

THIS MATTER is before the Court upon the Stipulation For Amendment And For Order Of Dismissal With Prejudice, bearing file stamp of the Clerk of this Court dated February 22, 1999, filed herein by the Plaintiff, CGT Properties, Inc. and the Defendants, City of Parkland, Sal Pagliara, Robert Marks, Ricky Gordon, Bobbi Pugliese, and Mark Weissman. The Court has carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation For Amendment be and the same is hereby approved, adopted, and ratified by the Court. Parcland Associates, Ltd., a Florida limited partnership, through its general partner, Harcland, LLC, a Florida limited liability company, be and the same is hereby substituted for all purposes for the Plaintiff, CGT Properties, Inc., a Florida corporation;

2. The Stipulation For Dismissal be and the same is hereby approved, adopted, and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ____ day of February, 1999.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　　United States District Judge

Copies furnished:

Donald R. Hall, Esq.
For Plaintiff

Andrew S. Maurodis, Esq.
For Defendants